**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

| | |
|---|---|
| JOSEPH FERRIS,<br>Plaintiff<br><br>v.<br><br>AFNI, INC.,<br>Defendant | **Case No. 2:16-cv-00202-UA-MRM**<br><br>CIVIL ACTION |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED TO** by the Plaintiff and Plaintiff's attorney that the above entitled action against Defendant shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party, and that judgment of dismissal with prejudice may be entered in the above entitled action pursuant hereto.

Respectfully Submitted,
*/s/Michael Jay Ringelheim*

Michael Jay Ringelheim
**RC Law Group, PLLC**
285 Passaic Street
Hackensack, NJ 07601
mjringelheim@rclawgroup.com
Tel. 201-282-6500 ext. 254
Fax 201-282-6501
Florida Bar No.: 93291
*Attorney for Plaintiff*